**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1735**

TIMOTHY E. GREEN,

Plaintiff - Appellant,

versus

SUMTER COURT; TUOMEY HOSPITAL; HARRY LEA
KIRBY; HOUSING AUTHORITY; SOCIAL SECURITY;
CONGRESS; FREEDOM HOUSING; HEALTH CARE
DEPARTMENT; WATER DEPARTMENT; VOCATIONAL
REHABILITATION,

Defendants - Appellees,

and

ALFRED QUIMET; ROBERT MCCABE; MOTOR VEHICLE;
HEARING FREEDOM HOUSING; TB DRUG AND ALCOHOL;
TB HEALTH CARE DEPARTMENT; HE BILL VOCATIONAL
REHABILITATION; EDUCATION; OVERPAYMENT BACK
PAYMENT; LEGAL RIGHTS,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief
District Judge. (3:07-cv-01570-JFA)

Submitted: September 11, 2007    Decided: September 13, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges

Dismissed by unpublished per curiam opinion.

Timothy E. Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy E. Green seeks to appeal the district court's order adopting the recommendation of the magistrate and dismissing without prejudice his pro se civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Green seeks to appeal is not an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED